| | |
|---|---|
| AMAZON BIOTECH, INC.,<br><br>        Plaintiff,<br><br>vs.<br><br>CHAIM J. LIBERMAN and ELIYAHU<br>BENTAL TOLCHINSKY,<br><br>        Defendants. | ORDER and<br>MEMORANDUM DECISION<br><br><br>Case No. 2:10-cv-712 CW |

On September 27, 2011, this court issued an Order allowing counsel for Plaintiff to withdraw. In that Order, Plaintiff was informed that corporate entities are not allowed to appear pro se. Plaintiff was further warned that failure to file a notice of substitution of counsel or notice of appearance within 21 days would subject Plaintiff to sanctions pursuant to Federal Rule of Civil Procedure 16(f)(1), including dismissal.

To date, Plaintiff has not filed a notice of substitution of counsel or notice of appearance, despite being cautioned of the possibility of this case being dismissed for not doing so. Accordingly, all previous orders are VACATED and this case is DISMISSED pursuant to Rule 16(f)(2)(c).

SO ORDERED this 28th day of October, 2011.

BY THE COURT:

Clark Waddoups
United States District Judge